Richard PEAMON, Plaintiff–Appellant,

and

Bill Norris;  Michael Rich, Plaintiffs,

v.

A AND R DEVELOPMENT CORPO-RATION, Defendant–Appellee.

No. 07–1284.

United States Court of Appeals,
Fourth Circuit.

Submitted:  June 15, 2007.

Decided:  June 20, 2007.

Richard Peamon, Appellant Pro Se. Paul D. Shelton, McKennon, Shelton & Henn, LLP, Baltimore, Maryland;  Paula Jeanette McGill, Washington, D.C., for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Peamon seeks to appeal the district court's order granting the Defendant's motion to set aside a default judgment and quashing service of process. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000);  Fed. R.Civ.P. 54(b);  *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).  The order Peamon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*